IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIEREN WATSON                                                                                    PLAINTIFF

v.                              No. 4:16-cv-731-DPM

TONY PELTON, Kitchen Staff Management,
Saline County Detention Center; FREDDY
WISE, Kitchen Staff Management, Saline
County Detention Center; PARKER, Sergeant,
Saline County Detention Center; and MASSIET,
Lieutenant, Saline County Detention Center                                              DEFENDANTS

JUDGMENT

Watson's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

6 December 2016